# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-025-647**

**Effective Date of Registration:**
December 30, 2016

## Title

**Title of Work:** Group registration of photos published JAN 11, 1996 through DEC. 5, 1996; about 230 photos total.

**Previous or Alternate Title:** ADLIFE-COLLECTION-122816

**Content Title:** BeefPrimeRibRoast010_ADL, 11-21-1996;
BeefRibEye015_ADL, 09-16-1996;
BeefShortRib005_ADL, 05-16-1996;
BeefSirloinSteak002_ADL, 04-25-1996;

BeefSirloinSteakGrlMrk002_ADL, 07-20-1996;
BeefStripSteak005_ADL, 09-16-1996;
RawBeefFiletMignonSteak001_ADL, 08-16-1996;
RawBeefFlankSteakStuffed001_ADL, 01-11-1996;
RawBeefGround002_ADL, 08-16-1996;

RawBeefPorterhouse005_ADL, 11-23-1996;
RawBeefSteakGrill001_ADL, 07-05-1996;
RawBeefTriTipRoastBnls003_ADL, 02-23-1996;
Bacon001_ADL, 08-16-1996;
Bacon003_ADL, 08-16-1996;

Bacon004_ADL, 12-05-1996;
Bacon006_ADL, 01-11-1996;
Bacon007_ADL, 07-22-1996;
BaconCanadian001_ADL, 10-25-1996;
BaconHomestyle001_ADL, 08-16-1996;

BeefArmSteak001_ADL, 02-12-1996;
BeefChateaubriand001_ADL, 09-16-1996;
BeefFlorentine001_ADL, 03-19-1996;
BeefGoulash001_ADL, 02-11-1996;
BeefGrillerSteak001_ADL, 02-16-1996;

BeefPotPie001_ADL, 08-11-1996;
BeefSteakGrill001_ADL, 11-15-1996;
BeefSteakSalad001_ADL, 04-09-1996;
BeefStroganoff001_ADL, 08-11-1996;

HamBaked001_ADL, 09-05-1996;
HamBaked002_ADL, 09-05-1996;
HamBaked003_ADL, 02-18-1996;
HamBaked004_ADL, 03-19-1996;

HamBakedCanned001_ADL, 08-18-1996;

HamBakedCanned002_ADL, 08-18-1996;
HamBakedCanned003_ADL, 02-05-1996;
HamBakedCanned004_ADL, 01-13-1996;
HamBnIn001_ADL, 10-05-1996;
HamBnls001_ADL, 08-18-1996;

HamBnls002_ADL, 05-05-1996;
HamBnls003_ADL, 11-21-1996;
HamBnls004_ADL, 08-18-1996;
HamBnls005_ADL, 05-05-1996;
HamBnls006_ADL, 09-05-1996;

HamBnls007_ADL, 11-11-1996;
HamBnls008_ADL, 04-27-1996;
HamButtPortion001_ADL, 09-05-1996;
HamDaisyRoll001_ADL, 08-19-1996;
HamFreshCooked001_ADL, 11-13-1996;

HotDogHamburger001_ADL, 04-20-1996;
HotDogSteakGrill001_ADL, 08-11-1996;
MeatAsst002_ADL, 09-05-1996;
MeatAsst009_ADL, 05-05-1996;

MeatAsst012_ADL, 03-27-1996;
MeatAsst013_ADL, 03-20-1996;
MeatAsst014_ADL, 03-20-1996;
MeatAsst015_ADL, 04-11-1996;
MeatAsst016_ADL, 04-11-1996;

MeatAsst017_ADL, 04-09-1996;
MeatAsst018_ADL, 03-05-1996;
MeatAsst019_ADL, 03-05-1996;
MeatAsst020_ADL, 04-11-1996;
MeatAsst021_ADL, 03-22-1996;

MeatAsst024_ADL, 06-05-1996;
MeatAsstGrill001_ADL, 04-09-1996;
MeatAsstGrill002_ADL, 05-05-1996;
MeatAsstGrill003_ADL, 06-18-1996;
MeatAsstGrill004_ADL, 02-08-1996;

MeatAsstGrill005_ADL, 05-05-1996;
MeatAsstGrill006_ADL, 02-08-1996;
MeatAsstGrill007_ADL, 01-14-1996;
MeatAsstGrlMrk001_ADL, 03-05-1996;

MeatAsstGrlMrk002_ADL, 05-19-1996;
MeatAsstGrlMrk003_ADL, 06-10-1996;
MeatAsstGrlMrk004_ADL, 07-14-1996;
PorkButtSteak001_ADL, 09-14-1996;
PorkButtSteak002_ADL, 01-12-1996;

PorkButtSteak003_ADL, 01-13-1996;
PorkButtSteak004_ADL, 01-12-1996
PorkButtSteakGrlMrk001_ADL, 11-05-1996;



PorkChopAsst001_ADL, 08-05-1996;
PorkChopAsst002_ADL, 08-18-1996;

PorkChopAsst003_ADL, 08-18-1996;
PorkChopAsst004_ADL, 08-18-1996;
PorkChopAsst005_ADL, 08-18-1996;
PorkChopAsst006_ADL, 07-08-1996;
PorkChopAsst007_ADL, 07-08-1996;

PorkChopAsst008_ADL, 07-08-1996;
PorkChopAsst009_ADL, 07-08-1996;
PorkChopBBQ001_ADL, 08-05-1996;
PorkChopBnIn001_ADL, 09-05-1996;
PorkChopBnIn002_ADL, 09-05-1996;

PorkChopBnIn003_ADL, 08-18-1996;
PorkChopBnIn004_ADL, 05-19-1996;
PorkChopBnIn005_ADL, 02-05-1996;
PorkChopBnIn006_ADL, 09-05-1996;

PorkChopBnIn007_ADL, 09-05-1996;
PorkChopBnIn008_ADL, 09-05-1996;
PorkChopBnIn010_ADL, 09-05-1996;
PorkChopBnIn011_ADL, 01-19-1996;
PorkChopBnIn012_ADL, 11-15-1996;

PorkChopBnIn013_ADL, 09-05-1996;
PorkChopBnIn014_ADL, 09-05-1996;
PorkChopBnIn015_ADL, 04-26-1996;
PorkChopBnIn016_ADL, 02-05-1996;
PorkChopBnIn017_ADL, 04-25-1996;

PorkChopBnIn018_ADL, 04-25-1996;
PorkChopBnIn019_ADL, 04-25-1996;
PorkChopBnIn020_ADL, 04-25-1996;
PorkChopBnIn021_ADL, 06-17-1996;
PorkChopBnIn022_ADL, 06-17-1996;

PorkChopBnIn023_ADL, 06-17-1996;
PorkChopBnIn024_ADL, 06-17-1996;
PorkChopBnIn025_ADL, 06-17-1996;
PorkChopBnIn026_ADL, 11-16-1996;

PorkChopBnIn027_ADL, 11-16-1996;
PorkChopBnInGrlMrk001_ADL, 07-05-1996;
PorkChopBnInGrlMrk002_ADL, 07-05-1996;
PorkChopBnInGrlMrk003_ADL, 09-05-1996;
PorkChopBnInGrlMrk004_ADL, 09-05-1996;

PorkChopBnInGrlMrk005_ADL, 09-05-1996;
PorkChopBnInGrlMrk006_ADL, 09-05-1996;
PorkChopBnInGrlMrk007_ADL, 05-15-1996;
PorkChopBnInGrlMrk008_ADL, 06-18-1996;
PorkChopBnInGrlMrk009_ADL, 09-23-1996;

PorkChopBnInGrlMrk010_ADL, 05-15-1996;
PorkChopBnInGrlMrk011_ADL, 06-18-1996;
PorkChopBnInGrlMrk012_ADL, 09-23-1996;

PorkChopBnInGrlMrk013_ADL, 09-23-1996;

PorkChopBnInGrlMrk014_ADL, 07-16-1996;
PorkChopBnInGrlMrk015_ADL, 01-12-1996;
PorkChopBnInGrlMrk016_ADL, 04-11-1996;
PorkChopBnInGrlMrk017_ADL, 02-05-1996;
PorkChopBnInGrlMrk018_ADL, 06-17-1996;
PorkChopBnInGrlMrk019_ADL, 06-17-1996;

PorkChopBnInGrlMrk020_ADL, 06-17-1996;
PorkChopBnInGrlMrk021_ADL, 06-17-1996;
PorkChopBnInGrlMrk022_ADL, 06-17-1996;
PorkChopBnInStuffed001_ADL, 01-11-1996;

PorkChopBnInStuffed002_ADL, 06-11-1996;
PorkChopBnls001_ADL, 01-20-1996;
PorkChopBnls002_ADL, 03-12-1996;
PorkChopBnls003_ADL, 08-18-1996;
PorkChopBnlsGrlMrk001_ADL, 08-18-1996;

PorkChopBnlsGrlMrk002_ADL, 08-18-1996;
PorkChopBnlsGrlMrk003_ADL, 06-10-1996;
PorkChopBnlsStuffed001_ADL, 04-05-1996;
PorkChopBnlsStuffed002_ADL, 08-18-1996;
PorkChopCCBnIn001_ADL, 08-05-1996;

PorkChopCCBnIn002_ADL, 01-11-1996;
PorkChopCCBnIn003_ADL, 08-18-1996;
PorkChopCCBnIn004_ADL, 09-05-1996;
PorkChopCCBnIn005_ADL, 09-27-1996;
PorkChopCCBnIn006_ADL, 08-05-1996;

PorkChopCCBnIn007_ADL, 04-05-1996;
PorkChopCCBnIn008_ADL, 11-05-1996;
PorkChopCCBnIn009_ADL, 01-16-1996;
PorkChopCCBnIn010_ADL, 05-05-1996;

PorkChopCCBnIn011_ADL, 06-17-1996;
PorkChopCCBnIn012_ADL, 06-17-1996;
PorkChopCCBnIn013_ADL, 06-17-1996;
PorkChopCCBnIn014_ADL, 06-17-1996;
PorkChopCCBnIn015_ADL, 06-17-1996;

PorkChopCCBnIn016_ADL, 03-27-1996;
PorkChopCCBnIn017_ADL, 11-16-1996;
PorkChopCCBnIn018_ADL, 11-16-1996;
PorkChopCCBnIn019_ADL, 11-21-1996;
PorkChopCCBnIn020_ADL, 11-21-1996;

PorkChopCCBnIn021_ADL, 11-21-1996;
PorkChopCCBnInGrlMrk001_ADL, 11-15-1996;
PorkChopCCBnInGrlMrk002_ADL, 08-18-1996;
PorkChopCCBnInGrlMrk003_ADL, 11-05-1996;
PorkChopCCBnInGrlMrk004_ADL, 09-05-1996;

PorkChopCCBnInGrlMrk005_ADL, 11-05-1996;
PorkChopCCBnInGrlMrk006_ADL, 11-05-1996;
PorkChopCCBnInGrlMrk007_ADL, 02-05-1996;



PorkChopCCBnInGrlMrk008_ADL, 05-05-1996;
PorkChopCCBnInGrlMrk018_ADL, 05-22-1996;

PorkChopCCBnInGrlMrk019_ADL, 06-17-1996;
PorkChopCCBnInGrlMrk020_ADL, 06-17-1996;
PorkChopCCBnInGrlMrk021_ADL, 06-17-1996;
PorkChopCCBnInGrlMrk022_ADL, 06-17-1996;

PorkChopCCBnInGrlMrk023_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk024_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk025_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk026_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk027_ADL, 07-08-1996;

PorkChopCCBnInGrlMrk028_ADL, 07-08-1996;
PorkChopCCBnInGrlMrk029_ADL, 03-27-1996;
PorkChopCCBnls001_ADL, 09-05-1996;
PorkChopCCBnls002_ADL, 02-05-1996;
PorkChopCCBnls003_ADL, 02-05-1996;

PorkChopCCBnls004_ADL, 08-18-1996;
PorkChopCCBnls005_ADL, 08-18-1996;
PorkChopCCBnls006_ADL, 09-05-1996;
PorkChopCCBnls007_ADL, 07-13-1996;
PorkChopCCBnls008_ADL, 08-18-1996;

PorkChopCCBnls009_ADL, 09-05-1996;
PorkChopCCBnls010_ADL, 01-11-1996;
PorkChopCCBnls011_ADL, 08-18-1996;
PorkChopCCBnls012_ADL, 09-05-1996;

PorkChopCCBnls013_ADL, 09-05-1996;
PorkChopCCBnls014_ADL, 01-27-1996;
PorkChopCCBnls015_ADL, 10-24-1996;
PorkChopCCBnls016_ADL, 11-05-1996;
PorkChopCCBnls017_ADL, 11-05-1996;

PorkChopCCBnls018_ADL, 11-05-1996;
PorkChopCCBnls019_ADL, 08-18-1996;
PorkChopCCBnls020_ADL, 08-18-1996;
PorkChopCCBnls021_ADL, 09-05-1996;
PorkChopCCBnls022_ADL, 09-05-1996;

PorkChopCCBnls024_ADL, 10-13-1996;
PorkChopCCBnls025_ADL, 01-11-1996;
PorkChopCCBnlsGrlMrk001_ADL, 11-05-1996;
PorkChopCCBnlsGrlMrk002_ADL, 06-05-1996;
PorkChopCCBnlsGrlMrk003_ADL, 06-05-1996;

PorkChopCCBnlsGrlMrk004_ADL, 07-19-1996;
PorkChopCCBnlsGrlMrk005_ADL, 07-19-1996;
PorkChopCCBnlsGrlMrk006_ADL, 10-26-1996;
PorkChopCCGlazedGrlMrk001_ADL, 04-23-1996;
PorkChopCCGlazedGrlMrk002_ADL, 04-23-1996;

PorkChopRiceApplesauce001_ADL, 10-26-1996;
PorkChopRiceApplesauce002_ADL, 10-26-1996;
PorkChopVeggieApplesauce001_ADL, 10-26-1996;

PorkChopVeggieApplesauce002_ADL, 10-26-1996

PorkChopVeggieApplesauce003_ADL, 10-26-1996;
PorkChopVeggieApplesauce004_ADL, 10-26-1996;
PorkCutlet001_ADL, 04-05-1996;
PorkCutlet002_ADL, 06-22-1996;
PorkCutlet003_ADL, 08-19-1996;

PorkCutlet004_ADL, 08-09-1996;
PorkCutlet005_ADL, 05-09-1996;
PorkCutlet006_ADL, 02-15-1996;
PorkCutletCCLoinChopBnls001_ADL, 04-05-1996;
PorkCutletSirloin001_ADL, 08-19-1996;

PorkCutletSirloin002_ADL, 08-19-1996;
PorkCutletSirloin003_ADL, 08-19-1996;
PorkCutletSirloinGrlMrk001_ADL, 09-23-1996;
PorkCutletSirloinGrlMrk002_ADL, 09-23-1996;
RawBeefChuckRoastPan001_ADL, 07-16-1996;

RawBeefRibEyeSteakRoastBnls001_ADL, 02-05-1996;
RawBeefTopSirloinStripBnls001_ADL, 02-05-1996;
RawKabobCombo002_ADL, 10-05-1996;
RawMeatAsst003_ADL, 09-05-1996;

RawMeatAsst005_ADL, 09-09-1996;
RawMeatAsst006_ADL, 09-05-1996;
RawMeatAsst008_ADL, 11-05-1996;
RawMeatAsst010_ADL, 11-23-1996;
RawMeatAsst011_ADL, 12-05-1996;

RawMeatAsst022_ADL, 08-09-1996;
RawMeatAsst023_ADL, 08-09-1996.

## Completion/Publication

Year of Completion: 1996
Date of 1st Publication: January 11, 1996
Nation of 1st Publication: United States

## Author

- Author: Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio
Author Created: photograph
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Adlife Marketing & Communications Co., Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

|  |  |
|--:|---|
| Organization Name: | SHORES & OLIVER PC |
| Name: | Milton M. Oliver. Esq. |
| Email: | milton.oliver@shoresoliver.com |
| Telephone: | (774)521-3058 |
| Alt. Telephone: | (781)910-9664 |
| Address: | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|--:|---|
| Name: | MILTON M. OLIVER, Esq. |
| Date: | December 30, 2016 |
| Applicant's Tracking Number: | 873-057-329 |

| | |
|--:|---|
| Copyright Office notes: | Regarding publication: published JAN 11, 1996 through DEC. 5, 1996; about 230 photos total. |